UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | 2:16-mj-00607-DUTY-1 | Date | March 24, 2016 |
|---|---|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Carla Badirian | n/a | n/a |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Marsha Gay Reynolds | | X | | | | | |

**Proceedings:**   [In Chambers] Order Granting Government's Application For Review of Bail Order

The Government has requested review of the bail order issued on March 24, 2016 by the Honorable Viktor V. Pohorelsky, United States Magistrate Judge for the Eastern District of New York. Having reviewed the Government's Application, the Court **GRANTS** review of the bail order. The Court sets a hearing on this matter for **April 7, 2016, at 1:30 p.m.** before the Honorable André Birotte Jr., United States District Judge for the Central District of California.

Accordingly, the Court hereby **EXTENDS** the stay set by Judge Pohorelsky to the date of the hearing. The Defendant is **ORDERED** to remain in custody and await transport by the United States Marshal to the Central District of California. The Court **ORDERS** the United States Marshal to commence transport proceedings forthwith. The United States Marshal and/or counsel for the Government shall timely notify Judge Birotte's courtroom deputy clerk upon the Defendant's arrival to the Central District of California.

**IT IS SO ORDERED.**