P.O.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>MARSHA GAY REYNOLDS<br>PLAINTIFF<br><br>DEFENDANT | CASE NUMBER: 16-0607M<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 4/04/2016   8:00   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   21 USC 841 DANGEROUS DRUGS

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1984

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): _____

11. Name: J. BRAVO   (please print)

12. Office Phone Number: 213-620-8324

13. Agency: USMS

14. Signature: [signed]

15. Date: 4/04/2016

FILED 2016 APR -4 AM 10:31 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIF.

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION