EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorneys
OCDETF Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0552
    Facsimile: (213) 894-0142
    E-mail:    Reema.El-Amamy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-00607-M |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF LODGING |
| v. | |
| MARSHA GAY REYNOLDS, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Reema M. El-Amamy, hereby lodges an Indictment that has been returned against the defendant.

//

//

//

//

1 | The Indictment will be filed by the United States Attorney's
2 | Office this afternoon.

3 | Dated: April 8, 2016               Respectfully submitted,

4 |                                    EILEEN M. DECKER
                                       United States Attorney
5 |
                                       LAWRENCE S. MIDDLETON
6 |                                    Assistant United States Attorney
                                       Chief, Criminal Division
7 |

8 |                                           /s/
                                       _____
                                       REEMA M. EL-AMAMY
9 |                                    Assistant United States Attorney

10 |                                   Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MARSHA GAY REYNOLDS,<br><br>　　　　Defendant. | CR No. 16-<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii): Possession with Intent to Distribute Cocaine] |
|---|---|

　　　The Grand Jury charges:

　　　　　　[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)]

　　On or about March 18, 2016, in Los Angeles County, within the Central District of California, defendant MARSHA GAY REYNOLDS knowingly and intentionally possessed with intent to distribute at

//
//
//
//
//
//

least five kilograms, that is, approximately 26.94 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

A TRUE BILL

/S/
_____
Foreperson

EILEEN M. DECKER
United States Attorney

*Scott Garringer*
*Deputy Chief, Criminal Division for:*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
Assistant United States Attorney
Chief, Organized Crime Drug
Enforcement Task Force Section

BENJAMIN R. BARRON
Assistant United States Attorney
Deputy Chief, Organized Crime
Drug Enforcement Task Force
Section

REEMA M. EL-AMAMY
Assistant United States Attorney
Organized Crime Drug Enforcement
Task Force Section

2