EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorneys
OCDETF Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0552
    Facsimile: (213) 894-0142
    E-mail:    Reema.El-Amamy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-00607-M |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF LODGING |
| v. | |
| MARSHA GAY REYNOLDS, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Reema M. El-Amamy, hereby lodges items that will be proffered at this afternoon's hearing.

//

//

//

//

The government continues to maintain that the defendant should be detained both due to her risk of flight and danger to the community.

Dated: April 8, 2016                    Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


          /s/
_____
REEMA M. EL-AMAMY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**ITEMS TO BE PROFFERED**

The government submits the following additional items that it will refer to during its argument this afternoon. With the exception of any items received last night, these items were all produced to counsel for the defendant well before the hearing.

- Exhibit A - redacted Federal Bureau of Investigation Report detailing admissions that the defendant made regarding her criminal activity prior to her arrest. She admitted to attempting to smuggle bags into the airport past security, despite the fact that she wasn't scheduled to be on any flight that night. Also, she admitted that she and her co-conspirator had discussed fleeing to Jamaica. The individual with whom she was speaking describes the defendant's emotional reaction after they discuss the fact that she is "going to go to jail." The report also details her use of a "burner" phone in addition to her use of a legitimate phone, and multiple unidentified individuals possibly involved in a conspiracy to smuggle cocaine through LAX. The government will also play at the hearing a portion of a consensually recorded telephone call involving the defendant in which she states, after there can be no question that she was aware that there was cocaine in the luggage, that she is going to turn herself in to "make herself look more innocent" and hopefully not be charged, and, instead, just be a witness.

- Exhibit B - itemized list of clothing in the luggage with the cocaine, all of which are women's clothing.

The government also proffers the following additional information:

- The defendant has been suspended from her employment, and has dropped all of her classes at school for the semester.
- The defendant made repeated attempts to place telephone calls to Jamaica while she was in federal custody in New York.
- The defendant informed law enforcement officers in New York that her co-conspirator, M.W., uses aliases and is able to travel with a fake passport. This is the same individual who encouraged the defendant to flee to Jamaica prior to her recent arrest.
- The government has produced to counsel for the defendant the names of three individuals on the defendant's "companion list" at Jet Blue who have criminal histories with at least one drug offense, as well as the names of two individuals who have been intercepted at the airport carrying thousands of dollars in cash, in one instance, over $100,000. In both instances, the money was alerted on by drug sniffing canines, was seized as suspected drug proceeds, and ultimately was forfeited to the government in part, or in whole.[1]

---

[1] Government counsel is purposefully not lodging these reports in order to protect details of its ongoing investigation.

**EXHIBIT A**

FD-302 (Rev. 5-8-10)

- 1 of 5 -

## FEDERAL BUREAU OF INVESTIGATION

Date of entry 04/07/2016

A██████PS, United States Department of Homeland Security, United States Immigration and Customs Enforcement, ██████████████ ████████, personal cell phone number ██████████, desk phone number (██████████), work cell phone number (██████████), work email address a███████████████████v, work address ██████████████████████, ████████ was interviewed by FBI Special Agents Trayvon Barnes and Alana L. Soliz and DEA Special Agents Brian Willey and Eric Gunderson at ████████ above mentioned place of employment. Also present during the interview was a representative from the Office of Professional Responsibility, United States Department of Homeland Security. After being advised of the identity of the interviewing Agents and the nature of the interview, ████████ provided the following information regarding his recent communication with MARSHAGAY REYNOLDS:

████████ explained that he first met MARSHAGAY REYNOLDS in approximately 2004 while he was enrolled as a graduate student at NEW YORK UNIVERSITY (NYU). ████████ stated that REYNOLDS was also a student at NYU studying English Literature and Sociology. ████████ explained that they initially met at the NYU gym and over the next approximately ten years their communication and friendship began to grow.

In approximately 2005, ████████ was deployed to Iraq as part of his military duties with the Army. In approximately 2009, ████████ returned to NYU and rekindled his friendship with REYNOLDS. ████████ stated that around this time period REYNOLDS began working for JET BLUE Airlines as a flight attendant.

On Monday, March 21, 2016 REYNOLDS contacted ████████ at approximately 10 pm. ████████ originally thought that REYNOLDS was calling about the birthday party she was throwing for herself on March 25, 2016. REYNOLDS instead asked to meet with ████████ in New York. ████████ was unable to meet in New York so REYNOLDS asked to meet with ████████ in ████████. ████████ and REYNOLDS agreed to meet at ████████████ in Ne████████ ████ the next day, Tuesday, March 22, 2016. ████████ stated that at this time he was unaware of the reason for the meeting with REYNOLDS.

On Tuesday morning, March 22, 2016 ████████ texted REYNOLDS the street

Investigation on 03/30/2016 at Newark, New Jersey, United States (In Person)

File # 281██████████████ Date drafted 04/05/2016

by SOLIZ ALANA L

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of (U) Interview of ▓▓▓▓▓▓▓▓▓▓▓▓ , On 03/30/2016 , Page 2 of 5

address for J▓▓▓▓▓▓▓▓▓▓▓. REYNOLDS provided two names to ▓▓▓▓▓▓▓ prior to the in-person meeting later that same day. The first name was ▓▓▓▓▓▓ ▓▓▓▓▓▓. REYNOLDS communicated that ▓▓▓▓▓▓ had an alias and provided the name "▓▓▓▓▓▓▓▓▓▓", aka "KEVIN". ▓▓▓▓▓▓ stated that REYNOLDS described KEVIN as ▓▓▓▓▓▓▓▓ and to "make sure he doesn't leave the US." ▓▓▓▓▓▓▓ described that he was unclear why REYNOLDS had given him the two names.

Before the meeting, ▓▓▓▓▓▓ was communicating with REYNOLDS who stated that she was waiting for ▓▓▓▓▓▓ in front of the agreed upon restaurant. ▓▓▓▓▓▓ stated that he was unable to initially see her but then observed her get out of the backseat of an older model, possibly 2008-2009, black TOYOTA 4-RUNNER with a Massachusetts license plate, number unknown, and dark tinted windows. ▓▓▓▓▓▓ stated that there were unidentified black males (UBM1) (UBM2) in the driver and front passenger seats of the TOYOTA.

▓▓▓▓▓▓ and REYNOLDS entered the restaurant and REYNOLDS positioned them at a table where UBM1 and UBM2 could see them from the parked TOYOTA. ▓▓▓▓▓▓ asked REYNOLDS who she arrived with and REYNOLDS stated that UBM1 and UBM2 were NARDO LNU's cousins. ▓▓▓▓▓▓ stated that NARDO was REYNOLD's boyfriend of two years. ▓▓▓▓▓▓ stated that he met NARDO, who resided in Jamaica, at REYNOLD's birthday party in 2014. ▓▓▓▓▓▓ believed NARDO came from a wealthy family and was a restaurant owner and an engineer in Jamaica.

▓▓▓▓▓▓ explained that he was trying to calm REYNOLDS down in order to understand why REYNOLDS needed to meet ▓▓▓▓▓▓ so urgently. REYNOLDS eventually began to tell ▓▓▓▓▓▓ that she believed she was being set up. According to ▓▓▓▓▓▓, REYNOLDS explained that during a layover shift at LAX (Los Angeles International Airport) in Los Angeles, California, "JUNIOR" called to ask her to take two carry-on bags through security using her access badge so they could avoid the baggage fees. REYNOLDS was not scheduled to work a JET BLUE flight until the next day but ▓▓▓▓▓▓ stated that REYNOLDS explained that she agreed to help KEVIN and JUNIOR get the bags through security. KEVIN and JUNIOR met REYNOLDS at her hotel and then all three of them went to the LAX. REYNOLDS explained to ▓▓▓▓▓▓ that she was standing in the Known Crew Member (KCM) line with the two bags mentioned above when she was pulled from the line for further security screening. According to ▓▓▓▓▓▓, REYNOLDS stated that after being pulled for further screening she spoke to KEVIN who told REYNOLDS to run. ▓▓▓▓▓▓ said that at this time during the meeting, REYNOLDS pulled up the NEW YORK POST story referencing a flight attendant leaving behind two suitcases loaded with cocaine. ▓▓▓▓▓▓ said to REYNOLDS, "MARSHA you are going to prison" and she began to cry. REYNOLDS stated to ▓▓▓▓▓▓ that she made it back to her hotel room afterwards and stayed the night with someone named "HANSON".

302a (Rev. 05-08-10)

Continuation of FD-302 of (U) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , On 03/30/2016 , Page 3 of 5

▓▓▓▓▓▓ explained that the name JUNIOR was familiar and ▓▓▓▓▓▓ thought that it may have been one of REYNOLDS' first loves from NYU. According to ▓▓▓▓▓▓, he has heard the name KEVIN for a number of years and believed KEVIN's nickname was "KNOCK KNEES". ▓▓▓▓▓▓S stated that he believed that KEVIN owned multiple properties, utilized multiple identities, and may have had a daughter in a military school in the state of Massachusetts. ▓▓▓▓▓▓ recalled REYNOLDS stating that KEVIN told her not to cooperate with authorities and to go to Jamaica after the incident to avoid law enforcement authorities.

According to ▓▓▓▓▓▓, REYNOLDS said that she worked her next scheduled JET BLUE flight from LAX to John F. Kennedy International Airport (JFK) in New York City, New York.

As stated by ▓▓▓▓▓▓, REYNOLDS did not get paid to help KEVIN and JUNIOR and ran from authorities because she was nervous and scared. REYNOLDS claimed to ▓▓▓▓▓▓ that she did not know what was in the suitcases.

▓▓▓▓▓▓ believed that REYNOLDS spoke to KEVIN on a burner phone that REYNOLDS said was provided to her by "them". ▓▓▓▓▓▓ made the assumption, REYNOLDS was referring to KEVIN and JUNIOR when she said "them" and believed that REYNOLDS received the phone call from KEVIN on the burner phone just prior to her running from authorities on March 18, 2016. As stated by ▓▓▓▓▓▓, REYNOLDS had two phones to include a small flip phone which he believed was a burner phone and a smart phone at the table during their meeting. ▓▓▓▓▓▓ said that both phones went off throughout the meeting which lasted approximately two hours. ▓▓▓▓▓▓ recalled that REYNOLDS answered the flip phone several times and spoke mostly in Patois, a Jamaican dialect. ▓▓▓▓▓▓ was able to discern that part of the conversation involved the HILTON hotel. ▓▓▓▓▓▓ stated that he directly asked REYNOLDS if she was transporting drugs and REYNOLDS responded with "no". The phone calls REYNOLDS was receiving from the smart phone, ▓▓▓▓▓▓, believed were from REYNOLDS' mother.

After the meeting at ▓▓▓▓▓▓▓▓▓▓K, ▓▓▓▓▓▓ walked with REYNOLDS out of the restaurant towards the TOYOTA where he observed two black males dressed in urban street style clothing including "puffy" coats. UBM1 and UBM2 were sitting in the front and passenger seats of the TOYOTA. UBM1 and UBM2 were approximately 25-40 years of age with average builds and "scruffy" facial hair. As stated by ▓▓▓▓▓▓S, REYNOLDS got into the backseat of the TOYOTA.

▓▓▓▓▓▓ then notified HSI leadership of his communication and relationship with REYNOLDS and multiple recorded consensual telephone calls

-302a (Rev 05-08-10)

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Continuation of FD-302 of (U) Interview of ▓▓▓▓▓▓▓▓▓▓ , On 03/30/2016 , Page 4 of 5

were made between ▓▓▓▓▓▓ and REYNOLDS.

▓▓▓▓▓▓ described REYNOLDS as being a smart girl, having a beautiful personality, but also having some confidence issues. According to ▓▓▓▓▓▓, REYNOLDS picked up pageantry during her downtime while ▓▓▓▓▓▓ was deployed in approximately 2005. It was during this period that ▓▓▓▓▓▓ began to see REYNOLDS hanging around "flashy" guys. ▓▓▓▓▓▓ stated that REYNOLDS' only source of income was through JET BLUE and that she still had student loans that she was paying. ▓▓▓▓▓▓ believed that NARDO would pay one month of student loans and REYNOLDS would pay one month. ▓▓▓▓▓▓ explained that over the last approximately four months, REYNOLDS spoke more about not wanting to be a flight attendant and that she wasn't supposed to be a flight attendant. ▓▓▓▓▓▓ said that REYNOLDS wanted to be a nurse and was very committed to doing well in the nursing program she was enrolled in at N▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓L.

▓▓▓▓▓▓ said that REYNOLDS was living at home and on occasion her Mom, VANESSA REYNOLDS, would help her financially. REYNOLDS was driving an older baby blue LEXUS that she purchased at an auction. ▓▓▓▓▓▓ recalled the LEXUS being worth approximately $14,000 at the time of the auction.

▓▓▓▓▓▓ recalled that REYNOLDS had a very close friend named "NATASHA" LNU. Additionally, ▓▓▓▓▓▓ believed that REYNOLDS was planning a trip to Morocco with JET BLUE colleagues named "DESMARIE" LNU and "ANGELA" LNU.

▓▓▓▓▓▓ approximated that REYNOLDS traveled to Jamaica twice per month. ▓▓▓▓▓▓ described having traveled to Jamaica with REYNOLDS on one occasion in 2014 but was primarily around members of her family and her boyfriend, NARDO.

▓▓▓▓▓▓ explained that REYNOLDS' father was retired from the JAMAICAN POLICE DEPARTMENT and has worked as a security officer at a local strip mall near the REYNOLDS' home in Queens, New York. REYNOLDS' mother, VANESSA, worked as a nurse at two different hospitals.

▓▓▓▓▓▓ stated that he communicated with REYNOLDS often and the last communication prior to the incident on March 18, 2016 was approximately two days prior.

▓▓▓▓▓▓ provided the following information for MARSHAGAY RAQUEL ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓ provided the following information for VANESSA REYNOLDS: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

302a (Rev. 05-08-10)

Continuation of FD-302 of (U) Interview of ███████ , On 03/30/2016 , Page 5 of 5

**EXHIBIT B**

# El-Amamy, Reema (USACAC)

**To:** El-Amamy, Reema (USACAC) (rel-amamy@usa.doj.gov)
**Subject:** FW: A PHILLIPS Interview 302 DRAFT

**From:** Barnes, Trayvon (LA) (FBI) [mailto:Trayvon.Barnes@ic.fbi.gov]
**Sent:** Thursday, April 07, 2016 7:12 PM
**To:** El-Amamy, Reema (USACAC); Friend, Thomas (LA) (FBI)
**Subject:** RE: A PHILLIPS Interview 302 DRAFT

Officer Chan says those items listed in my last email were women's clothing.

**Special Agent Trayvon Barnes | FBI**
Los Angeles Field Office | Squad CE-2
11000 Wilshire Blvd. | Los Angeles, California 90024
Cell: ███████████ | Email: ███████████

The L... is available upon request. Officer Zenteno(#04595) 7K945 took multiple digital photos and are available upon request by contacting LAXPD CSI unit at (424) 646-6100

Evidence:
The following items were recovered during an inventory search of the unattended bags.

| # | Qty | Item | Brand | Details | Description |
|---|---|---|---|---|---|
| 1 | - | Cocaine | Box 1 of 1 | 2 packages labeled 4,5 — 16.16lbs g | White powery substance resembling cocaine wrapped in a green saran |
| 2 | - | Cocaine | Box 1 of 1 | 5 packages labeled 1,2,3,6,7 — 22.34lbs g, 5 random samples | White powery substance resembling cocaine wrapped in a green saran |
| 3 | - | Cocaine | Box 1 of 1 | 4 packages labeled 8,9,10,11 — 29.99lbs g | White powery substance resembling coc... wrapped in a green saran wrap. |
| 4 | 12 | US currency | USA | | $5.38 in US currecny / COINS |
| 5 | 1 | Tank top | Spash | | Gry womens tank top |
| 6 | 1 | White tshirt | Prime cut | | Wht v neck t shirt |
| 7 | 1 | White top | IZ Byer | | Wht top with yellow metal chain |
| 8 | 1 | Blue Tank Top | Love and Charm | | Blue Tank top |
| 9 | 1 | Green tank top | M&B | | Green Tank top |
| 10 | 1 | Red top | Prime Cut | | Red top |
| 11 | 1 | Purple tank top | Love and Charm | | Purple tank top |
| 12 | 1 | Blue tank top | Love and Charm | | Blue tank top |
| 13 | 2 | Womens shoes | Gucci | | Blk leather, 8.5 size |
| 14 | 4 | Wht envelopes | Bubble Mail | | 12.5*19 White envelopes |
| 15 | 0 | Yellow envelopes | unk | | Yellow envelopes |
| 16 | 1 | Blk rolled bag | Samsonite | | Blk roller bag with pull handle |
| 17 | 1 | Blk roller bag | Wenger | | Blk roller bag with pull handle |
| 18 | 2 | ████████ | ████████ | | ████████ |

The property was transported and booked at LAPD *MDC* by Ofcr. Hsu (#10963) and Ofcr. Becerra (#15066) assigned as