UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES - GENERAL**

| Case No. | 16-00607 / 16CR228 | Date | April 8, 2016 |
|---|---|---|---|
| Present: The Honorable | **ANDRÉ BIROTTE JR., UNITED STATES DISTRICT JUDGE** | | |
| Interpreter | N/A | | |

| Carla Badirian | Chia Mei Jui | Reema M El-Amamy |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Marsha Gay Reynolds | √ | √ | | Stuart Goldfarb<br>Dennis Ring, PHV | √<br>√ | | √<br>√ |

**Proceedings:** GOVERNMENT'S APPLICATION TO THE CRIMINAL DUTY JUDGE FOR REVIEW OF MAGISTRATE JUDGE'S BAIL ORDER HEARING (Held and Completed)

Hearing held.  Defendant and counsel are present.  Also present is Pretrial Services Officer André M Goulart and Special Agents (FBI) Alana Soliz and Trayvon Barnes.

The case is called and counsel state their appearances.  The matter is before the Court following the Government's Application to the Criminal Duty Judge for Review of Magistrate Judge's Bail Order (Dkt. No. 18).

The Court has reviewed and considered the report submitted by Pretrial Services and the papers and evidence submitted by parties' and states the tentative view on the record, as stated in court and on the record wherein the Court is inclined to grant the Application.  The Court invites counsel to present their oral arguments.  Arguments by counsel are heard.  The Court adheres to its tentative views and GRANTS the application as it is not persuaded.  The Court finds that there is no condition or combination of conditions that would reasonably assure the appearance and safety of the defendant's appearance and the safety of the community if defendant were released.  Defendant is ORDERED to remain in custody pending trial in this matter.

IT IS SO ORDERED.

|  | 1 | : | 07 |
|---|---|---|---|
| | Initials of Deputy Clerk | CB | |