Name __DENNIS A. FISCHER__
Address __1448 15th Street, Suite 206__
City, State, Zip __Santa Monica, California 90404__
Phone __310-451-4815__
Fax __310-451-4639__
E-Mail __dennisafischer@earthlink.net__

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>PLAINTIFF(S),<br>v.<br><br>Marsha Gay Reynolds,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:16-mj-00607-DUTY-1<br><br>NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that __MARSHA GAY REYNOLDS__ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☒ Interlocutory Appeals  FRAP 9(a)
☐ Sentence imposed:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

☒ Bail status:

   In Custody

Imposed or Filed on ___April 8, 2016___. Entered on the docket in this action on ___April 13, 2016___.

A copy of said judgment or order is attached hereto.

___April 22, 2016___                    *[signature: Dennis A. Fischer]*
Date                                     Signature
                                         ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                              NOTICE OF APPEAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 16-00607 / 16CR228 | Date | April 8, 2016 |

Present: The Honorable **ANDRÉ BIROTTE JR., UNITED STATES DISTRICT JUDGE**

Interpreter   N/A

| Carla Badirian | Chia Mei Jui | Reema M El-Amamy |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Marsha Gay Reynolds | √ | √ | | Stuart Goldfarb<br>Dennis Ring, PHV | √<br>√ | | √<br>√ |

Proceedings:   GOVERNMENT'S APPLICATION TO THE CRIMINAL DUTY JUDGE FOR REVIEW OF MAGISTRATE JUDGE'S BAIL ORDER HEARING (Held and Completed)

Hearing held. Defendant and counsel are present. Also present is Pretrial Services Officer André M Goulart and Special Agents (FBI) Alana Soliz and Trayvon Barnes.

The case is called and counsel state their appearances. The matter is before the Court following the Government's Application to the Criminal Duty Judge for Review of Magistrate Judge's Bail Order (Dkt. No. 18).

The Court has reviewed and considered the report submitted by Pretrial Services and the papers and evidence submitted by parties' and states the tentative view on the record, as stated in court and on the record wherein the Court is inclined to grant the Application. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. The Court adheres to its tentative views and GRANTS the application as it is not persuaded. The Court finds that there is no condition or combination of conditions that would reasonably assure the appearance and safety of the defendant's appearance and the safety of the community if defendant were released. Defendant is ORDERED to remain in custody pending trial in this matter.

IT IS SO ORDERED.

|   | 1 : 07 |
|---|---|
| Initials of Deputy Clerk | CB |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

Case Name: **USA v. Reynolds**        Case No.: **2:16-mj-00607-DUTY-1**

I hereby certify that on April 22, 2016, I electronically filed the following documents with the Clerk of the United States District Court, Central District of California by using the CM/ECF system:

**NOTICE OF APPEAL**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 22, 2016, at Santa Monica, California.

_____Donna Benton_____         _____Donna Benton_____
          Declarant                          Signature