# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  André Birotte Jr.

From: C. Badirian, Deputy Clerk   Date Received: April 21, 2016

Case No.: 2:16-mj-00607   Case Title: USA v. Reynolds

Document Entitled: Letter

FILED
CLERK, U.S. D[ISTRICT] COURT
APR 22 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☑ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☐ | Other: | |

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____   _____
Date             U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

April 22, 2016              /s/ André Birotte Jr.
Date             U.S. District Judge / ~~U.S. Magistrate Judge~~

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE   COPY 2 -JUDGE   COPY 3 -SIGNED & RETURNED TO FILER   COPY 4 -FILER RECEIPT

CV-104A (06/13)   NOTICE OF DOCUMENT DISCREPANCIES

The Honorable Judge Andre' Birotte Jr.
U.S. District Judge, Central District of California
255 East Temple Street, Los Angeles, CA 90012

U.S. Department of Homeland Security
Alvin Phillips
620 Frelinghuysen Avenue, Newark, NJ 07114

19 April 2016

The intent of my letter is to record my sentiments for record in asking you to revisit your decision to grant bail for Marshagay Reynolds. The Marsha I know has never had a criminal record or instinct to break any provision of the law.

I have been a close friend of Marsha for many years. We met when we were students at NYU. She is a valuable person to me—she always has been and presumably will always be. She is one of the most considerate, intelligent, spiritual and energetic people I know.

Based on the Marsha I know, I don't want to believe that she is capable of this most serious act and I continue to believe that she will do everything in her power to cooperate with authorities and set the record straight. That being said, I am in no way, shape or form seeking to oversimplify the complex nature of her case and/or the charges. Yet, I am of the opinion that Marsha is best suited to do so from a place of support, love and proper counsel; her parents' home in New York. I have always known Marsha to be an honest and upright person. We have had over a decade-long friendship and I have also known Marsha to be a law-abiding citizen. Marsha is absolutely not a flight risk because I don't believe she would jeopardize her freedom, her loving parents, and her goals in life –to emulate and become a nurse like her Mom and Aunt, or dear friends like me.

In closing, Marsha is a wonderful, decent, loving and upstanding person. From our days at NYU to her letters to me during two tours of duty in Iraq, Marsha has never forgotten me and I want her to know in this deepest hour of despair—I haven't forgotten her. Your Honor, I most humbly ask that you re-consider granting her bail and ultimately do so.

Very Respectfully,

Alvin Phillips

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

# PRIORITY
## ★ MAIL ★
# EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( )

Glenn Phillips
SBI-S
693 Frelinghuysen Ave.
Newark, NJ 07114

PAYMENT BY ACCOUNT (if applicable)

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

THE Hon. Judge Andre Birotte Jr.
U.S. District Judge, Central Dist. of California
255 East Temple St.
Los Angeles, CA 90012

ZIP + 4® (U.S. ADDRESSES ONLY)
90012-3332

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

EL21 9668 534 US

EL21966 8534US

RECEIVED
CLERK U.S. DISTRICT COURT
APR [USPS logo] UNITED STATES POSTAL SERVICE®

PRIORITY
★ MAIL ★
EXPRESS™

CENTRAL DISTRICT OF CALIFORNIA

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 07114 | 04-22-16 | $22.95 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☒ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $ |
| 4/21/16 | | | |
| Time Accepted 11:36 ☒ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Weight  lbs. 1 oz. 00 ☐ Flat Rate | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 22.95 | |
| | Acceptance Employee Initials FC | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time  ☐ AM ☐ PM   Employee Signature CLERK U.S. DISTRICT COURT
Delivery Attempt (MM/DD/YY) Time  ☐ AM ☐ PM   Employee Signature APR 2016
CENTRAL DISTRICT

LABEL 11-B, SEPTEMBER 2015   PSN 7690-02-000-9996   3-ADDRESSEE COPY

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



EP13F July 2013  OD: 12.5 x 9.5



PS10001000006

† Money Back Guarantee for U.S. destinations only.

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

  

UNITED STATES POSTAL SERVICE