UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| USA | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF(S), | 2:16-mj-00607-DUTY-1 |
| Marsha Gay Reynolds | v. | |
| | DEFENDANT(S), | NOTICE OF CLERICAL ERROR |

TO:     U. S. District Judge(s)
        U. S. Magistrate Judge(s)
        Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following
scanned document ☑ docket entry   have/has been corrected as indicated below.

Title of Scanned Document:   NOTICE OF APPEAL TO APPELLATE COURT (Interlocutory) filed by Marsha G Reynnolds

Filed Date:            4/22/16                    Document Number:         23

☐   Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐   Case number has been corrected.  The correct case number is _____

☐   Incorrect judge's initials were indicated on this ☐ action ☐ document.  The correct judge's initials are _____

☐   Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document.  The correct  magistrate judge's initials
       are _____.

☐   Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to

       ☐ Judge ☐ Magistrate Judge _____.  The initials of the new judge(s) are _____

☐   Case was assigned  to ☐ Western ☐ Southern ☐ Eastern division.  Pursuant to General Order ☐ 349, ☐ 07-09, ☐ 98-3,

       ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division.  The former case number
       _____ has been reassigned to new case number _____

☐   Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location
       will result in your documents being returned to you.

☐   Case title is corrected from _____ to _____

☐   Document has been re-numbered as document number _____

☐   Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on
       document.  The correct date is _____

☐   Document is missing page number(s): _____

☐   To ensure proper routing of documents, all documents filed  with the court must reflect the following case number and judge's
       initials: _____

☑   Other: Document [23] was erroneously filed in this case. This magistrate case has been merged as of 4/8/16 into criminal case
       2:16cr228-CAS. All documents are to be filed under the criminal number 2:16CR228-CAS. The notice of appeal will be
       re-docket on the criminal case by the appeal clerk.

CLERK, U.S. DISTRICT COURT

Date _____4/26/16_____                    By: _Martha Torres  213 894 3570_____
                                                        Deputy Clerk

cc: Intake Supervisor / Deputy In Charge